# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERCY ANDERSON, SR.,<br><br>                              Plaintiff,<br><br>   vs.<br><br><br>COUNTY OF SAN DIEGO; HEALTH AND HUMAN SERVICE AGENCY; SHELLY PAULE; TONYA SLOAN; JANE SIMONE; CONNIE CAIN; RYAN MALLEY; DEBBIE REID; SYLVIA WILLIAMS; CANDACE COHEN; PAULA ROACH; KATHERINE R. BIRD; CANDI MAYES; JUDITH KLIEN; AND PERSONS AND ENTITIES UNKNOWN, CITY OF LEMON GROVE; LEMON GROVE SHERIFF'S DEPARTMENT; OFFICER SPILLMAN; OFFICER LADIEU, OFFICER ALLISTER; DETECTIVE CORNELIUS; OFFICER WEBER; OFFICER RINDER; AND PERSONS AND ENTITIES UNKNOWN, JUDY MATTHEWS, PHD., PERSONS AND ENTITIES UNKNOWN,<br><br>                              Defendants. | CASE NO. 10-CV-705 - IEG (MDD)<br><br>**ORDER:**<br><br>**(1) DISMISSING WITH PREJUDICE CERTAIN CLAIMS AND DEFENDANTS; and**<br><br>**(2) DIRECTING DEFENDANTS TO FILE A RESPONSIVE PLEADING** |

On March 29, 2011, the Court granted in part and denied in part County Defendants' motion to dismiss. (Doc. No. 55.) In doing so, the Court granted Plaintiff 21 days to file an amended complaint. (Id.) Twenty one days having passed, the Court **ORDERS** as follows:

1     -     The Court **DISMISSES WITH PREJUDICE** Plaintiff's first, second, third, tenth, eleventh, twelfth, thirteenth, fourteenth, fifteenth, sixteenth, seventeenth, eighteenth, and nineteenth causes of action.

    -     The Court **DISMISSES WITH PREJUDICE** all Defendants except Defendants Cornelius and Williamson.

Defendants Cornelius and Williamson shall file a responsive pleading within 7 days of the filing of this order.

**IT IS SO ORDERED.**

**DATED: April 22, 2011**

_____
**IRMA E. GONZALEZ, Chief Judge
United States District Court**